1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  JESUS PALACIOS-FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00063 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| JESUS PALACIOS-FERNANDEZ, | ) ) | |
| Defendant. | ) ) ) | Date: April 13, 2009 Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for April 6, 2009 **may be continued to April 13, 2009 at 9:00 a.m.**

Defendant needs time to provide proof of two additional months held in custody so that the PSR can be corrected. AUSA Susan Phan has no objection.

///
///
///
///
///
///

The continuance for further plea negotiations is in the interest of justice. Defense requests time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 2, 2009    By /s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 2, 2009    By /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
JESUS PALACIOS-FERNANDEZ

## **ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   April 3, 2009              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                 -2-